*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

No. 14-BG-212

IN RE: WILLIAM S. BRADBURY,
                                     Respondent.
**Bar Registration No. 49502**                **BDN: 412-13**

BEFORE:   McLeese, Associate Judge, and Steadman and Reid, Senior Judges.

**ORDER**
(FILED - June 12, 2014)

On consideration of the certified order suspending respondent from the practice of law in the state of Virginia for a period of three years, this court's March 26, 2014, order suspending respondent from the practice of law pending further action of the court and directing him to show cause why the reciprocal discipline should not be imposed, and the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent has failed to file a response to this court's order to show cause or the affidavit required by D.C. Bar R. XI, §14 (g), it is

ORDERED that William S. Bradbury is hereby suspended from the practice of law in the District of Columbia for a period of three years. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement the period of respondent's suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar. R. XI, § 14 (g).

PER CURIAM